UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARLONE R. BRUMFIELD,** | * | CIVIL ACTION |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | NO. 21-cv-00870 |
| | * | |
| **DARREL VANNOY, WARDEN,** | * | SECTION "T" (1) |
| **RESPONDENT** | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until June 23, 2021, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this  2nd  day of June, 2021.

_____
United States Magistrate Judge